# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **JERRY DAVID LEIGH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-15-130-R** |
| | ) | |
| **WARDEN KASTNER,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin.  Doc. No. 5.    No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and this action is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of April, 2015.

_____
**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**

1